In the Matter of ALFRED CERUTTI, Also Known as ALFREDO CERUTTI, an Alleged Incompetent Person. ROYAL ITALIAN CONSUL and LORENZO BONFANTINI, Appellants; GIUSEPPE GIAVANI, Petitioner, Respondent, HYMAN J. REIT, Special Guardian, Respondent.— Order unanimously modified by providing that in no event shall the allowance to counsel for maintenance in Italy exceed $300 respectively for the representative of the Royal Italian Counsel, the petitioner and special guardian, and as modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EXCELLED SHEEPSKIN & LEATHER COAT Co., INC., Respondent, v. TALON, INC., Formerly Known as HOOKLESS FASTENER COMPANY, Appellant (Appearing Specially).— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SAVAS GREGORIADIS, Respondent, v. PRUDENTIAL STEAMSHIP CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN WANAMAKER, NEW YORK, Respondent, v. 286 HOTEL CORPORATION, Appellant.— Order, so far as appealed from, unanimously modified by eliminating the words "and take photographs of the same," and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore. Cohn and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Conducting a Banking Business as BANK OF THE MANHATTAN COMPANY, Appellant, v. ALWIN C. ERNST and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ATHLETIC CLUB HOTELS CORPORATION, Appellant, v. CHARLES C. MOORE, Individually and as Trustee under Trust Mortgage Made by 351–359 WEST 42ND ST. Co., INC., Dated July 15, 1926, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ERNEST RUHMER, Respondent, v. MENKES FEUER, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM H. SMITH and Others, Petitioners, Appellants, for an Order against WILLIAM FELLOWES MORGAN, JR., as Commissioner of Markets of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [167 Misc. 815.]